# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>      - v. -<br><br>HCP, INC.; HCR MANORCARE, INC.; LAURALEE MARTIN; TIMOTHY SCHOEN; PAUL A. ORMOND; and STEVEN M. CAVANAUGH,<br><br>        Defendants. | Case No. 3:16-CV-01106<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

   PLEASE TAKE NOTICE that the undersigned appear as counsel for Defendants HCR ManorCare, Inc., Paul A. Ormond and Steven M. Cavanaugh. All notices given or required to be given in this case and papers filed shall be served upon the undersigned.

                BAKER & HOSTETLER LLP

                 s/Thomas D. Warren
                Daniel R. Warren (0054595)
                Thomas D. Warren (0077541)
                Michael Dominic Meuti (0087233)
                Elliot Morrison (0091740)
                Key Tower
                127 Public Square, Suite 2000
                Cleveland, OH 44114-1214
                Phone: (216) 621-0200
                Fax: (216) 696-0740
                dwarren@bakerlaw.com
                twarren@bakerlaw.com
                mmeuti@bakerlaw.com
                emorrison@bakerlaw.com

                *Attorneys for HCR ManorCare, Inc., Paul A. Ormond, and Steven M. Cavanaugh*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2016, the within document was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

  s/Thomas D. Warren
Thomas D. Warren

*One of the Attorneys for HCR ManorCare, Inc., Paul A. Ormond, and Steven M. Cavanaugh*

608963201.1