UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>- v. -<br><br>HCP, INC.; HCR MANORCARE, INC.; LAURALEE MARTIN; TIMOTHY SCHOEN; PAUL A. ORMOND; and STEVEN M. CAVANAUGH,<br><br>                    Defendants. | Civ. A. No. 3:16-CV-01106<br><br>**JOINT STIPULATION AND ORDER REGARDING TIME TO MOVE, PLEAD, OR OTHERWISE RESPOND TO COMPLAINTS** |

WHEREAS, on May 9, 2016, the Plaintiff in the above-captioned action (the "Action") filed a class action complaint asserting claims against defendants pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S. C. § 78a et seq., (the "Exchange Act"); and

WHEREAS, on May 10, 2016, the above-captioned action was assigned to United States District Court Judge Jeffrey J. Helmick; and

WHEREAS, the complaint in this action is governed by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 et seq. (the "PSLRA"), which, among other things, provides for a specific process for the appointment of lead plaintiff(s) and lead counsel to represent the putative class; and

WHEREAS, in accordance with the PSLRA, counsel for Plaintiff published notice of the pendency of the Action on May 10, 2016; and

WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(A), as amended by the PSLRA, the deadline for any Class member to move for appointment as Lead Plaintiff is July 11, 2016;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff Boynton Beach Firefighters' Pension Fund and the attorneys for Defendants HCP, Inc., Lauralee Martin, and Timothy Schoen (collectively, the "HCP Defendants"), and Defendants HCR ManorCare, Inc., Paul A. Ormond, and Steven Cavanaugh (collectively, the "ManorCare Defendants") as follows:

1. Undersigned counsel for the HCP Defendants and the ManorCare Defendants are authorized to accept, and hereby do accept, service of the summons and complaints in the above-captioned actions on behalf of the HCP Defendants and the ManorCare Defendants, without prejudice and without waiver of any of the HCP Defendants' or the ManorCare Defendants' defenses, objections or arguments in this matter or any other matter, except as to sufficiency of service of process. By entering into this Stipulation, Plaintiff shall not waive, and expressly preserves all rights, claims and defenses.

2. The Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the complaint in the above-captioned actions subject to the provisions of paragraph 3 below.

3. Within 20 days after the entry of an order appointing, pursuant to the PSLRA, lead plaintiff(s) and lead counsel in the above-captioned action (or a consolidated action encompassing the above-captioned action), the Defendants and lead plaintiff(s) shall confer and propose to the Court dates by which (1) lead plaintiff(s) shall either (a) serve and file a consolidated class action complaint, which shall serve as the operative complaint in the action

2

and shall supersede all other complaints filed in and/or transferred to this Court or (b) notify counsel for the Defendants that the original complaint filed by lead plaintiff(s) will be the operative complaint in the action; and (2) each of the Defendants (or group of defendants represented by the same counsel) shall move or plead in response to the operative complaint.

4. There have been no requests for an extension of time previously made in this matter.

Dated: June 3, 2016

Respectfully submitted,

PORTER, WRIGHT, MORRIS & ARTHUR LLP

BY: *s/ James A. King*
James A. King (0040270)
41 South High Street
Columbus, OH  43215
Phone:  (614) 227-2051
Fax:  (614) 227-2100
jking@porterwright.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Daniel J. Kramer*
Audra J. Soloway*
Patrick J. Somers*
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
Fax:  (212) 757-3990
dkramer@paulweiss.com
asoloway@paulweiss.com
psomers@paulweiss.com

*Motions for admission *pro hac vice* to be filed per Local Rule 83.5

*Attorneys for HCP, Inc., Lauralee Martin, and Timothy Schoen*

3

BAKER & HOSTETLER LLP

BY: *s/ Daniel R. Warren*
Daniel R. Warren (0054595)
Thomas D. Warren (0077541)
Michael Dominic Meuti (0087233)
Elliot Morrison (0091740)
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Phone: (216) 621-0200
Fax: (216) 696-0740
dwarren@bakerlaw.com
twarren@bakerlaw.com
mmeuti@bakerlaw.com
emorrison@bakerlaw.com

*Attorneys for HCR ManorCare, Inc., Paul A. Ormond, and Steven M. Cavanaugh*

CLIMACO WILCOX PECA TARANTINO
& GAROFOLI CO., LPA

BY: *s/ Scott D. Simpkins*
John R. Climaco (0011456)
Scott D. Simpkins (0066775)
55 Public Square, Suite 1950
Cleveland, OH 44113
Phone: (216) 621-8484
Fax: (216) 771-1632
jrclim@climacolaw.com
sdsimp@climacolaw.com

4

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

Gerald H. Silk
Avi Josefson
Rebecca E. Boon
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com
rebecca.boon@blbglaw.com

*Counsel for Proposed Lead Plaintiff Boynton Beach Fighters' Pension Fund, and Proposed Lead Counsel for the Class*

SO ORDERED.

Dated: June 10, 2016

s/Jeffrey J. Helmick
Honorable Jeffrey J. Helmick
United States District Judge