# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Motion granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

BOYNTON BEACH FIREFIGHTERS'
PENSION FUND on behalf of itself and all
others similarly situated,

       Plaintiff,

- v. -

HCP, INC.; HCR MANORCARE, INC.;
LAURALEE MARTIN; TIMOTHY SCHOEN;
PAUL A. ORMOND; and STEVEN M.
CAVANAUGH,

       Defendants.

Civ. A. No. 3:16-CV-01106

**JUDGE JEFFREY J. HELMICK**

**MAGISTRATE JUDGE
JAMES R. KNEPP II**

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF ATTORNEY DANIEL J. KRAMER

  Pursuant to Local Rule 83.5(h), Defendants HCP, Inc., Lauralee Martin, and Timothy Schoen (collectively, "Defendants") respectfully request that Daniel J. Kramer, Esq., be granted leave to appear in this matter and any related matter *pro hac vice* as one of their counsel of record. In support of this Motion, Defendants state as follows:

  1.  Daniel J. Kramer is a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, (e-mail address - dkramer@paulweiss.com).

  2.  Mr. Kramer became admitted to the practice of law before the Bar of the State of New York on April 15, 1985. Mr. Kramer is an active member in good standing, and his New York registration number is 1979392. Mr. Kramer is not now, nor has he ever been, suspended or disbarred from the practice of law in any court.

  3.  Mr. Kramer is not presently admitted to practice in the State Courts of Ohio.

4. Mr. Kramer is familiar with and agrees to abide by and be subject to the Local Rules of this Court as well as the Ohio Rules of Professional Conduct, and the Federal Rules of Civil Procedure.

5. The personal information required by L.R. 83.5(h) is set forth below:

> Daniel J. Kramer
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1285 Avenue of the Americas
> New York, NY  10019-6064
> 212-373-3020
> 212-492-0020 (fax)
> dkramer@paulweiss.com
> Highest state court admitted:  Supreme Court of the State of New York, Appellate Division, First Department
> Highest state court admission date:  April 15, 1985
> Highest state court bar registration number:  1979392

6. Payment in the amount of $120 has been submitted to cover the fees associated with the *pro hac vice* admission of Mr. Kramer.

7. Upon his admission *pro hac vice*, Daniel J. Kramer will be associated on Defendants' behalf with the undersigned members of the Bar of this Court.

8. A certificate of good standing of the Appellate Division of the Supreme Court of the State of New York, First Department, is attached as Exhibit A.

WHEREFORE, Defendants HCP, Inc., Lauralee Martin, and Timothy Schoen, respectfully request that this Court grant this Motion for the Admission *pro hac vice* of Attorney Daniel J. Kramer.

Dated: June 9, 2016

                Respectfully submitted,

                PORTER, WRIGHT, MORRIS & ARTHUR LLP

                BY:  *s/ James A. King*
                James A. King (0040270)
                41 South High Street
                Columbus, OH  43215
                Phone:  (614) 227-2051
                Fax:  (614) 227-2100
                jking@porterwright.com

                *Attorneys for HCP, Inc., Lauralee Martin, and*
                  *Timothy Schoen*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2016, a copy of the foregoing motion for admission *pro hac vice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*s/James A. King*