UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

> Motion granted.
> So Ordered.
>
> s/ Jeffrey J. Helmick
> United States District Judge

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>                 - v. -<br><br>HCP, INC.; HCR MANORCARE, INC.; LAURALEE MARTIN; TIMOTHY SCHOEN; PAUL A. ORMOND; and STEVEN M. CAVANAUGH,<br><br>                    Defendants. | Civ. A. No. 3:16-CV-01106<br><br>**JUDGE JEFFREY J. HELMICK**<br><br>**MAGISTRATE JUDGE**<br>**JAMES R. KNEPP II** |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF ATTORNEY AUDRA J. SOLOWAY**

Pursuant to Local Rule 83.5(h), Defendants HCP, Inc., Lauralee Martin, and Timothy Schoen (collectively, "Defendants") respectfully request that Audra J. Soloway, Esq., be granted leave to appear in this matter and any related matter *pro hac vice* as one of their counsel of record. In support of this Motion, Defendants state as follows:

      1.      Audra J. Soloway is a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, (e-mail address - asoloway@paulweiss.com).

      2.      Ms. Soloway became admitted to the practice of law before the Bar of the State of New York on January 13, 2003. Ms. Soloway is an active member in good standing, and her New York registration number is 4113536. Ms. Soloway is not now, nor has she ever been, suspended or disbarred from the practice of law in any court.

      3.      Ms. Soloway is not presently admitted to practice in the State Courts of Ohio.

4. Ms. Soloway is familiar with and agrees to abide by and be subject to the Local Rules of this Court as well as the Ohio Rules of Professional Conduct, and the Federal Rules of Civil Procedure.

5. The personal information required by Local Rule 83.5(h) is set forth below:

> Audra J. Soloway
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1285 Avenue of the Americas
> New York, NY 10019-6064
> 212-373-3289
> 212-492-0289 (fax)
> asoloway@paulweiss.com
> Highest state court admitted: Supreme Court of the State of New York, Appellate Division, First Department
> Highest state court admission date: January 13, 2003
> Highest state court bar registration number: 4113536

6. Payment in the amount of $120 has been submitted to cover the fees associated with the *pro hac vice* admission of Ms. Soloway.

7. Upon her admission *pro hac vice*, Audra J. Soloway will be associated on Defendants' behalf with the undersigned members of the Bar of this Court.

8. A certificate of good standing of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, is attached as Exhibit A.

WHEREFORE, Defendants HCP, Inc., Lauralee Martin, and Timothy Schoen, respectfully request that this Court grant this Motion for the Admission *pro hac vice* of Attorney Audra J. Soloway.

Dated: June 9, 2016

Respectfully submitted,

PORTER, WRIGHT, MORRIS & ARTHUR LLP

BY: *s/ James A. King*
James A. King (0040270)
41 South High Street
Columbus, OH 43215
Phone: (614) 227-2051
Fax: (614) 227-2100
jking@porterwright.com

*Attorneys for HCP, Inc., Lauralee Martin, and Timothy Schoen*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 9, 2016, a copy of the foregoing motion for admission *pro hac vice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

            *s/James A. King*
            James A. King