UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

> Motion granted.
> So Ordered.
>
> s/ Jeffrey J. Helmick
> United States District Judge

BOYNTON BEACH FIREFIGHTERS'
PENSION FUND on behalf of itself and all
others similarly situated,

                Plaintiff,

- v. -

HCP, INC.; HCR MANORCARE, INC.;
LAURALEE MARTIN; TIMOTHY SCHOEN;
PAUL A. ORMOND; and STEVEN M.
CAVANAUGH,

                Defendants.

Civ. A. No. 3:16-CV-01106

**JUDGE JEFFREY J. HELMICK**

**MAGISTRATE JUDGE
JAMES R. KNEPP II**

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF ATTORNEY PATRICK J. SOMERS

        Pursuant to Local Rule 83.5(h), Defendants HCP, Inc., Lauralee Martin, and Timothy Schoen (collectively, "Defendants") respectfully request that Patrick J. Somers, Esq., be granted leave to appear in this matter and any related matter *pro hac vice* as one of their counsel of record. In support of this Motion, Defendants state as follows:

        1.        Patrick J. Somers is associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, (e-mail address - psomers@paulweiss.com).

        2.        Mr. Somers became admitted to the practice of law before the Bar of the State of New York on July 7, 2008. Mr. Somers is an active member in good standing, and his New York registration number is 4617775. Mr. Somers is not now, nor has he ever been, suspended or disbarred from the practice of law in any court.

        3.        Mr. Somers is not currently admitted to practice in the State Courts in Ohio.

4. Mr. Somers is familiar with and agrees to abide by and be subject to the Local Rules of this Court as well as the Ohio Rules of Professional Conduct, and the Federal Rules of Civil Procedure.

5. The personal information required by Local Rule 83.5(h) is set forth below:

Patrick J. Somers
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3294
212-492-0294 (fax)
psomers@paulweiss.com
Highest state court admitted: Supreme Court of the State of New York, Appellate Division, First Department
Highest state court admission date: July 7, 2008
Highest state court bar registration number: 4617775

6. Payment in the amount of $120 has been submitted to cover the fees associated with the *pro hac vice* admission of Mr. Somers.

7. Upon his admission *pro hac vice*, Patrick J. Somers will be associated on Defendants' behalf with the undersigned members of the Bar of this Court.

8. A certificate of good standing of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, is attached as Exhibit A.

WHEREFORE, Defendants HCP, Inc., Lauralee Martin, and Timothy Schoen, respectfully request that this Court grant this Motion for the Admission *pro hac vice* of Attorney Patrick J. Somers.

Dated: June 9, 2016

                                                Respectfully submitted,

                                                PORTER, WRIGHT, MORRIS & ARTHUR LLP

                                                BY: *s/ James A. King*
                                                James A. King (0040270)
                                                41 South High Street
                                                Columbus, OH 43215
                                                Phone: (614) 227-2051
                                                Fax: (614) 227-2100
                                                jking@porterwright.com

                                                *Attorneys for HCP, Inc., Lauralee Martin, and Timothy Schoen*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 9, 2016, a copy of the foregoing motion for admission *pro hac vice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                      *s/James A. King*
                                      James A. King