UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on Behalf of Itself and All Others Similarly Situated, | ) ) ) | No. 3:16-cv-01106-JJH |
| | ) | Judge Jeffrey J. Helmick |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | |
| HCP, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

[PROPOSED] ORDER APPOINTING SOCIÉTÉ GÉNÉRALE SECURITIES SERVICES GMBH AND CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL

1164673_1

Having considered Société Générale Securities Services GmbH and the City of Birmingham Retirement and Relief System's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Société Générale Securities Services GmbH and the City of Birmingham Retirement and Relief System as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the law firms of Robbins Geller Rudman & Dowd LLP and Motley Rice LLC are approved as Lead Counsel.

IT IS SO ORDERED.

DATED:

THE HONORABLE JEFFREY J. HELMICK

Submitted by:

LANDSKRONER • GRIECO • MERRIMAN, LLC

      s/ Jack Landskroner
JACK LANDSKRONER (0059227)

1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
jack@lgmlegal.com

Local Counsel

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRICIA L. McCORMICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MOTLEY RICE LLC
JAMES M. HUGHES
CHRISTOPHER F. MORIARTY
MEREDITH B. MILLER
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

[Proposed] Lead Counsel for Plaintiff

- 1 -

CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 11, 2016.

                                              s/ JACK LANDSKRONER
                                              JACK LANDSKRONER (0059227)

# Mailing Information for a Case 3:16-cv-01106-JJH Boynton Beach Firefighters' Pension Fund v. HCP, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rebecca E. Boon**
  Rebecca.Boon@blbglaw.com,Errol.Hall@blbglaw.com

- **John R. Climaco**
  jrclim@climacolaw.com

- **Katherine C. Ferguson**
  kferguson@kgmlaw.com,hkittle@kgmlaw.com

- **Avi Josefson**
  avi@blbglaw.com,Errol.Hall@blbglaw.com

- **James A. King**
  jking@porterwright.com

- **Daniel J. Kramer**
  DKramer@paulweiss.com,mao_fednational@paulweiss.com

- **Michael D. Meuti**
  mmeuti@bakerlaw.com

- **Elliot D. Morrison**
  emorrison@bakerlaw.com,krossiter@bakerlaw.com

- **Gerald H. Silk**
  jerry@blbglaw.com,Errol.Hall@blbglaw.com,Matthew.Mahady@blbglaw.com

- **Scott D. Simpkins**
  sdsimp@climacolaw.com

- **Audra J. Soloway**
  ASoloway@paulweiss.com,mao_fednational@paulweiss.com

- **Patrick J. Somers**
  PSomers@paulweiss.com,mao_fednational@paulweiss.com

- **Daniel R. Warren**
  dwarren@bakerlaw.com

- **Thomas D. Warren**
  twarren@bakerlaw.com,krossiter@bakerlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`