Motion granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>HCP, INC., et al.,<br><br>                      Defendants. | No. 3:16-cv-01106-JJH<br><br>Judge Jeffrey J. Helmick<br><br>CLASS ACTION |

MOTION OF PROPOSED LEAD PLAINTIFF SOCIÉTÉ GÉNÉRALE SECURITIES SERVICES GMBH AND CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM FOR ADMISSION OF DARREN J. ROBBINS *PRO HAC VICE*

Pursuant to Local Rule 83.5(h), proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System hereby moves this Court for an order admitting Darren J. Robbins *pro hac vice* to assist in the representation of proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System in this litigation. Mr. Robbins is a member of the law firm Robbins Geller Rudman & Dowd LLP. His address, telephone and facsimile numbers, and e-mail address are as follows:

Darren J. Robbins
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
T: 619/231-1058
F: 619/231-7423
E: darrenr@rgrdlaw.com

He is admitted to practice before, and is in good standing with, the Supreme Court of California and has been since December 30, 1993. His California bar registration is 168593. His

- 1 -

inclusion in this litigation is essential to proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System's full representation and will facilitate the handling and trial of this matter.

Mr. Robbins is a member in good standing in the Northern, Southern, and Central Districts of California, the District of Colorado, the Eastern District of Wisconsin, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

DATED: July 15, 2016 Respectfully submitted,

LANDSKRONER • GRIECO • MERRIMAN, LLC

s/Jack Landskroner
JACK LANDSKRONER (0059227)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
jack@lgmlegal.com

Local Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
TRICIA L. McCORMICK
NATHAN R. LINDELL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MOTLEY RICE LLC
GREGG S. LEVIN
JAMES M. HUGHES
CHRISTOPHER F. MORIARTY
MEREDITH B. MILLER
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

[Proposed] Lead Counsel for Plaintiffs

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 15, 2016, a copy of the foregoing *Motion of Proposed Lead Plaintiff Société Générale Securities Services Gmbh and City of Birmingham Retirement and Relief System for Admission of Darren J. Robbins Pro Hac Vice* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    s/Jack Landskroner  
    Jack Landskroner