Motion granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on Behalf of Itself and All Others Similarly Situated, | No. 3:16-cv-01106-JJH |
| | Judge Jeffrey J. Helmick |
| Plaintiff, | CLASS ACTION |
| vs. | |
| HCP, INC., et al., | |
| Defendants. | |

MOTION OF PROPOSED LEAD PLAINTIFF SOCIÉTÉ GÉNÉRALE SECURITIES SERVICES GMBH AND CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM FOR ADMISSION OF GREGG S. LEVIN *PRO HAC VICE*

Pursuant to Local Rule 83.5(h), proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System hereby moves this Court for an order admitting Gregg S. Levin *pro hac vice* to assist in the representation of proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System in this litigation. Mr. Levin is a member of the law firm Motley Rice LLC. His address, telephone and facsimile numbers, and e-mail address are as follows:

Gregg S. Levin
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
T: 843/216-9000
F: 843/216-9450
E: glevin@motleyrice.com

He is admitted to practice before, and is in good standing with, the District of Columbia and has been since December 11, 1989. His District of Columbia registration number is 421725. He is also admitted to practice before, and is in good standing with, the State of Massachusetts since

- 1 -

August 30, 1993. His Massachusetts registration number is 563771. He is also admitted to practice before, and is in good standing with, the Supreme Court of South Carolina and has been since May 27, 2008. His South Carolina registration number is 77643. His inclusion in this litigation is essential to proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System's full representation and will facilitate the handling and trial of this matter.

Mr. Levin is a member in good standing in the United States District Court for the Eastern District of Massachusetts, the United States District Court for the District of Colorado, and the United States Court of Appeals for the First, Second, Third, Fifth, Ninth, and Eleventh Circuits.

DATED: July 15, 2016            Respectfully submitted,

LANDSKRONER GRIECO MERRIMAN, LLC

s/Jack Landskroner
JACK LANDSKRONER (0059227)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
jack@lgmlegal.com

Local Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
TRICIA L. McCORMICK
NATHAN R. LINDELL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MOTLEY RICE LLC
GREGG S. LEVIN
JAMES M. HUGHES
CHRISTOPHER F. MORIARTY
MEREDITH B. MILLER
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

[Proposed] Lead Counsel for Plaintiffs

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2016, a copy of the foregoing *Motion of Proposed Lead Plaintiff Société Générale Securities Services Gmbh and City of Birmingham Retirement and Relief System for Admission of Gregg S. Levin Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        s/Jack Landskroner
        Jack Landskroner

- 3 -