UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Boynton Beach Firefighters' Pension Fund,         Case No.  3:16 cv 1106

    Plaintiff

v.                                                ORDER

HCP, Inc. et al.,

    Defendants

The Court conducted a telephonic status conference on July 18, 2016, with counsel for the parties and movants.

As to the pending motions for lead plaintiff, responses shall be filed on or before July 28, 2016, with replies due no later than August 11, 2016.

The Court requests that counsel for HCP, Inc. file a status report, as necessary, regarding the related litigation currently pending in the Central District of California.

So Ordered.

        s/ Jeffrey J. Helmick
        United States District Judge