UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | No. 3:16-cv-01106-JJH |
| | ) | Judge Jeffrey J. Helmick |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | |
| HCP, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

MOTION OF PROPOSED LEAD PLAINTIFF SOCIÉTÉ GÉNÉRALE SECURITIES SERVICES GMBH AND CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM FOR ADMISSION OF TRICIA L. MCCORMICK *PRO HAC VICE*

1165855_1

Pursuant to Local Rule 83.5(h), proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System hereby moves this Court for an order admitting Tricia L. McCormick *pro hac vice* to assist in the representation of proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System in this litigation.  Ms. McCormick is special counsel with the law firm Robbins Geller Rudman & Dowd LLP.  Her address, telephone and facsimile numbers, and e-mail address are as follows:

> Tricia L. McCormick
> Robbins Geller Rudman & Dowd LLP
> San Diego, CA  92101
> T:  619/231-1058
> F:  619/231-7423
> E:  triciam@rgrdlaw.com

She is admitted to practice before, and is in good standing with, the Supreme Court of California and has been since December 9, 1998.  Her California bar registration number is 199239.  Her inclusion in this litigation is essential to proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System's full representation and will facilitate the handling and trial of this matter.

Ms. McCormick is a member in good standing in the Northern, Southern, and Central Districts of California and the Fourth Circuit Court of Appeals.

DATED: July 18, 2016                    Respectfully submitted,

                                        LANDSKRONER • GRIECO • MERRIMAN, LLC


                                         s/ Jack Landskroner
                                        JACK LANDSKRONER (0059227)
                                        1360 West 9th Street, Suite 200
                                        Cleveland, OH  44113
                                        Telephone:  216/522-9000
                                        216/522-9007 (fax)
                                        jack@lgmlegal.com

                                        Local Counsel

- 1 -

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TRICIA L. McCORMICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MOTLEY RICE LLC
GREGG S. LEVIN
JAMES M. HUGHES
CHRISTOPHER F. MORIARTY
MEREDITH B. MILLER
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

[Proposed] Lead Counsel for Plaintiffs

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2016, a copy of the foregoing *Motion of Proposed Lead Plaintiff Société Générale Securities Services GMBH and City of Birmingham Retirement and Relief System for Admission of Tricia L. McCormick Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/Jack Landskroner
                                        Jack Landskroner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>HCP, INC., et al.,<br><br>                 Defendants. | No. 3:16-cv-01106-JJH<br><br>Judge Jeffrey J. Helmick<br><br><u>CLASS ACTION</u> |

AFFIDAVIT OF TRICIA L. MCCORMICK FOR
ADMISSION AS COUNSEL *PRO HAC VICE*

1165858_1

Comes now Tricia L. McCormick after being duly sworn, and affies and states as follows:

1. I am an attorney who has been licensed to practice in the State of California since 1998.

2. I am a currently an attorney practicing law with the law firm of Robbins Geller Rudman & Dowd LLP, located at 655 West Broadway, Suite 1900, San Diego, California 92101. My telephone number is 619/231-1058; my facsimile number is 619/231-7423; and my email address is triciam@rgrdlaw.com.

3. I am a member in good standing of the State Bar of California (Bar No. 199239) and am admitted to practice in the United States District Courts for the Northern District of California (admitted May 19, 2000), Southern District of California (admitted December 9, 1998), Central District of California (admitted May 1, 1998), and the Fourth Circuit Court of Appeals (admitted May 13, 2003).

4. I have not been the subject of any disciplinary action by the bar or courts of any jurisdiction in which I am licensed or in which I have been admitted.

5. I have not been denied admission to any state or any federal court.

6. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.

7. I have never received any reprimand from any court, department, bureau, or commissions of any State or the United States pertaining to conduct or fitness as a member of the bar.

8. I hereby consent to be subject to the jurisdiction and rules of the Ohio Supreme Court governing professional conduct, as well as all rules issued by the United States District Court for the Northern District of Ohio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed: July 18, 2016

_____
TRICIA L. McCORMICK

- 1 -

1165858_1

- 2 -

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
                      ) ss:
County of San Diego )

Subscribed and sworn to (or affirmed) before me on this 18 day of July 2016, by Tricia L. McCormick, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

DEBORAH D. HAYES
Commission # 2126468
Notary Public - California
San Diego County
My Comm. Expires Oct 9, 2019

_____
Notary Public, State of California
Commission expires: 10/9/19

DEBORAH D. HAYES
Commission # 2126456
Notary Public - California
San Diego County
My Comm. Expires Oct 9, 2016