## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HCP, INC.; HCR MANORCARE, INC.; LAURALEE MARTIN; TIMOTHY SCHOEN; PAUL A. ORMOND; and STEVEN M. CAVANAUGH,<br><br>Defendants. | No. 3:16-cv-01106-JJH<br><br>Judge Jeffrey J. Helmick |

### NOTICE OF NON-OPPOSITION BY ALBERT J. BELLE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

On July 11, 2016, pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), Albert J. Belle ("Movant") timely filed a motion for appointment as lead plaintiff and approval of his selection of counsel in connection with the above-captioned securities fraud class action. Two similar motions were filed by other putative class members in these actions.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." §15 U.S.C. 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Movant does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA.

337420.1 HCP

However, were the Court to determine that the other lead plaintiff movants with losses larger than Movant are incapable or inadequate to represent the class in this litigation, Movant remains willing and able to serve as lead plaintiff or as class representatives. By this Notice of Non-Opposition, Movant does not waive his rights to participate and recover as class members in this litigation.

Respectfully Submitted,

/s/ *Katherine Connor Ferguson*
Katherine Connor Ferguson (0079207)
Kooperman Mentel Ferguson Yaross, Ltd.
100 S. 4th Street, Suite 100
Columbus, OH 43215
Telephone: (614) 344-4840
Email: kferguson@kmfylaw.com

*[Proposed] Liaison Counsel for Movant Albert J. Belle and the Class*
**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*[Proposed] Lead Counsel for Movant Albert J. Belle and the Class*

**CERTIFICATE OF SERVICE**

      I hereby certified that on July 28, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      */s/ Katherine Connor Ferguson*
                                      Katherine Connor Ferguson