# EXHIBIT A

Case: 3:16-cv-01106-JJH  Doc #: 38-2  Filed:  07/28/16  2 of 2.  PageID #: 590



# | Company

## Established in 28 locations worldwide with 4,000 employees, SGSS provides a full range of securities services that are adapted to the latest financial markets and regulatory trends

## More than a partnership: A genuine team.

Our ambition is to be **the reference partner in our main markets, recognised for our service quality and competitiveness, agile solutions and international network coverage.**

We build long-lasting, **collaborative relationships** with our clients **to help them go further in their development**. In today's constantly evolving and complex world, we strive to provide our clients with increasingly **efficient and reliable securities services** on a daily basis to ensure they get ahead.

Our clients are **institutional investors** (insurance companies, pension funds, governmental organisations and international organisations), **asset managers, financial intermediaries** (brokers, investments banks, private banks, commercial banks) **and corporates.**

Established in **28 locations worldwide** with **4,000 employees**, SGSS provides a **full range of securities services** that are **adapted to the latest financial markets and regulatory trends**: clearing services, custody and trustee services, retail custody services, liquidity management, fund administration and asset servicing, fund distribution and global issuer services.

SGSS is among **the top ten global custodians** and the **2nd largest European custodian** with EUR **4,019 billion of assets under custody**. SGSS provides custody & trustee services for **3,521\* funds and the valuation of 4,125\* funds, representing assets under administration** of EUR **574\* billion**.
SGSS ranks among the European leaders in stock option management.

\*Figures at end March 2016