# EXHIBIT B

## DECLARATION OF ASSIGNMENT BY FUND REIT NORDAMERIKA 1 TO SOCIÉTÉ GÉNÉRALE SECURITIES SERVICES GMBH

We, Dr. Thomas Treptow and Michael Klass, hereby declare as follows:

1. We are representatives of the special investor of the Funds of Funds Capri, Melba and Bali which are the investors of Fund REIT Nordamerika 1 (the "Fund") and we have personal knowledge of all matters stated herein.

2. The Fund is governed by German law.

3. On or about July 26, 2016, Société Générale Securities Services GmbH ("SGSS") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against CBL & Associates Properties, Inc. (the "Lawsuit").

4. SGSS has authority, under its investment management agreement, to join this Lawsuit, and to act on behalf of the Fund.

5. On behalf of the Fund, we hereby execute and submit this declaration: (a) authorizing the actions of SGSS in filing the Motion and pursuing the Lawsuit on behalf of the Fund; (b) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (c) assigning to SGSS any and all claims of the Fund REIT Nordamerika 1 against defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26 day of July, 2016 in Unterföhring, Germany.

For Kirchliche Zusatzversorgungskasse des Verbandes der Diözesen Deutschlands AdöR (Assignor):

_____  
Dr. Thomas Treptow  
Member of the Board

_____  
Michael Klass  
Member of the Board

For Société Générale Securities Services GmbH acting on behalf of REIT Nordamerika 1 (Assignee):

_____  
Christian Wutz  
Managing Director  
Ralf Brème  
Head of Legal

_____  
Magdalini Moysiadou  
Managing Director