# EXHIBIT C

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Clive King and Ralf Brenner, on behalf of SGSS Deutschland Kapitalanlagegesellschaft mbH ("SGSS"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint against Avon Products, Inc. ("Avon") and designate Motley Rice LLC as proposed lead counsel for SGSS in this action for all purposes.

2. We are duly authorized to institute legal action on behalf of SGSS and the funds listed in Schedule A (the "Funds"), including litigation against Avon and the other defendants. SGSS has received assignments of the claims from the Funds on whose behalf it is moving.

3. SGSS did not acquire Avon securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. SGSS is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. SGSS also understands that, if appointed lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5. SGSS will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. Within the past three years, SGSS has sought to serve as a representative party for a class in an action under the federal securities laws in the following case:

*In re Satyam Computer Services, Ltd. Securities Litigation*, 09 MD 02027 (BSJ) (S.D.N.Y. 2009) (SGSS was known as Société Générale Securities Services Kapitalanlagegesellschaft mbH at the time of filing).

7. Within the past three years, SGSS has not served as a representative party for a class in an action under the federal securities laws.

8. SGSS understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

9. Attached hereto as Schedule A is a complete listing of all transactions SGSS made on behalf of the Funds during the Class Period in the security that is the subject of the complaint. SGSS will provide records of those transactions upon request. During the Class Period, the Funds traded all of their Avon common stock on the New York Stock Exchange.

10. SGSS is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 6th day of September, 2011

SGSS Deutschland Kapitalanlagegesellschaft mbH:

_____
Christian Wutz
Managing Director

_____
Ralf Brenner
Head of Legal

Avon Products, Inc. (NYSE: AVP)
Class Period: 07/31/06 - 05/24/11

### Schedule A

| SGSS | | Date | Shares | Price |
|---|---|---|---|---|
| **PT-MASTER** | | | | |
| | Purchases: | 08/14/06 | 4,800 | $28.1217 |
| | | 03/16/07 | 178 | $37.5269 |
| | | 03/16/07 | 122 | $37.5269 |
| | | 04/03/07 | 334 | $38.1880 |
| | | 04/03/07 | 466 | $38.1880 |
| | | 04/25/07 | 1,100 | $39.6183 |
| | | 11/28/07 | 7,400 | $40.8537 |
| | | 02/26/08 | 1,100 | $39.1358 |
| | | 03/07/08 | 1,400 | $36.9748 |
| | | 08/06/08 | 3,100 | $44.4396 |
| | | 09/10/08 | 4,200 | $43.5064 |
| | | 09/16/08 | 1,868 | $41.1288 |
| | | 10/07/08 | 1,900 | $37.3547 |
| | | 10/08/08 | 2,114 | $33.7964 |
| | | 10/16/08 | 1,235 | $28.9225 |
| | | 11/06/08 | 2,000 | $25.4300 |
| | | 01/22/09 | 7,326 | $20.4714 |
| | | 01/30/09 | 6,723 | $20.4500 |
| | | 04/14/10 | 22,400 | $32.6927 |
| | | 04/14/10 | 11,300 | $32.6617 |
| | | 04/15/10 | 2,500 | $33.5433 |
| | | 04/16/10 | 5,800 | $33.6026 |
| | | 04/19/10 | 3,300 | $33.7617 |
| | | 04/30/10 | 4,100 | $32.2748 |
| | | 05/03/10 | 4,100 | $32.1040 |
| | | 05/07/10 | 7,500 | $28.2621 |
| | Sales: | 10/11/06 | 4,800 | $30.3256 |
| | | 06/18/07 | 1,200 | $38.5138 |
| | | 07/10/07 | 1,000 | $38.1860 |
| | | 06/05/08 | 4,500 | $38.3961 |
| | | 12/15/08 | 1,519 | $22.5711 |
| | | 02/20/09 | 8,300 | $18.9692 |
| | | 03/11/09 | 9,861 | $16.0788 |
| | | 03/17/09 | 5,800 | $18.1204 |
| | | 03/19/09 | 3,663 | $18.5000 |
| | | 10/12/10 | 400 | $36.0766 |
| | | 01/13/11 | 3,600 | $29.2920 |
| | | 01/14/11 | 4,500 | $28.9530 |

|  |  | Date | Shares | Price |
|---|---|---|---|---|
|  |  | 01/18/11 | 3,900 | $28.8500 |
|  |  | 01/19/11 | 4,600 | $28.5736 |
|  |  | 01/20/11 | 900 | $28.5392 |
|  |  | 02/28/11 | 13,800 | $27.7645 |
|  |  | 05/03/11 | 2,800 | $31.2817 |
|  |  | 05/04/11 | 4,500 | $31.2386 |
|  |  | 05/05/11 | 22,000 | $28.9028 |
| **UK-MASTER** |  |  |  |  |
|  | Purchases: | 03/14/07 | 3,107 | $37.0850 |
|  |  | 03/14/07 | 693 | $37.0850 |
|  |  | 02/26/08 | 1,200 | $39.1358 |
|  |  | 03/07/08 | 2,000 | $36.9748 |
|  |  | 09/16/08 | 1,904 | $41.1288 |
|  |  | 10/08/08 | 2,101 | $33.7964 |
|  |  | 10/16/08 | 1,807 | $28.9225 |
|  | Sales: | 06/15/07 | 3,800 | $38.6208 |
|  |  | 12/15/08 | 1,686 | $22.5711 |
|  |  | 01/22/09 | 7,326 | $20.4685 |