Motion granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated, | Civ. No. 3:16-cv-01106-JJH |
| | Judge Jeffrey J. Helmick |
| Plaintiff, | CLASS ACTION |
| v. | |
| HCP, INC., et al., | |
| Defendants. | |

MOTION OF PROPOSED LEAD PLAINTIFF SOCIÉTÉ GÉNÉRALE SECURITIES SERVICES GMBH FOR ADMISSION OF WILLIAM H. NARWOLD *PRO HAC VICE*

Pursuant to Local Rule 83.5(h), proposed lead plaintiff Société Générale Securities Services GmbH ("SGSS"), hereby moves this Court for an order admitting William H. Narwold *pro hac vice* to assist in the representation of proposed lead plaintiff SSGS in this litigation. Mr. Narwold is a member of the law firm Motley Rice LLC. His address, telephone and facsimile numbers, and e-mail address are as follows:

William H. Narwold
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Telephone: 860-882-1676
Fax: 860-882-1682
Email: bnarwold@motleyrice.com

Mr. Narwold is admitted to practice before, and is in good standing with, the District of Columbia since February 2007 (registration number 502352); the State of South Carolina since January 2006 (registration number 73977); the State of New York since July 2008 (registration number 4616108) and the State of Connecticut since May 1979 (registration number 300110). His inclusion in this litigation is essential to proposed lead plaintiff SGSS's full representation and will facilitate the handling and trial of this matter.

Mr. Narwold is a member in good standing in the United States Supreme Court, the United States Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, Eleventh, D.C. and Federal Circuits, the U.S. District Courts for the District of Colorado, District of Connecticut, Eastern and Southern Districts of New York, and District of South Carolina.

Dated: Respectfully submitted,

LANDSKRONER GRIECO MERRIMAN LLC

s/Jack Landskroner
JACK LANDSKRONER (0059227)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
jack@lgmlegal.com

Local Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
TRICIA L. McCORMICK
NATHAN R. LINDELL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MOTLEY RICE LLC
GREGG S. LEVIN
JAMES M. HUGHES
CHRISTOPHER F. MORIARTY
MEREDITH B. MILLER
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

[Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2016, a copy of the foregoing *Motion of Proposed Lead Plaintiff Société Générale Securities Services GmbH for Admission of William H. Narwold Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    s/ Jack Landskroner
                                                    Jack Landskroner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated, | Civ. No. 3:16-cv-01106 |
| Plaintiff, | CLASS ACTION |
| | Judge Jeffrey J. Helmick |
| v. | |
| HCP, INC.; HCR MANORCARE, INC.; LAURALEE MARTIN; TIMOTHY SCHOEN; PAUL A. ORMOND; and STEVEN M. CAVANAUGH, | |
| Defendants. | |

AFFIDAVIT OF WILLIAM H. NARWOLD FOR
ADMISSION AS COUNSEL *PRO HAC VICE*

Comes now, William H. Narwold after being duly sworn, states as follows:

1. I am an attorney who has been licensed to practice in the District of Columbia since February 2007; the State of South Carolina since January 2006; the State of New York since July 2008 and the State of Connecticut since May 1979.

2. I am a member of the firm of Motley Rice LLC, One Corporate Center, 20 Church St., 17th Floor, Hartford, CT 06103, Telephone: 860-882-1676, Fax: 860-882-1682, Email: bnarwold@motleyrice.com.

3. I am a member in good standing of the bars of the District of Columbia since February 2007 (registration number 502352); the State of South Carolina since January 2006 (registration number 73977); the State of New York since July 2008 (registration number 4616108) and the State of Connecticut since May 1979 (registration number

300110). I am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, Eleventh, D.C. and Federal Circuits, the U.S. District Courts for the District of Colorado, District of Connecticut, Eastern and Southern Districts of New York, and District of South Carolina.

4. I have not been the subject of any disciplinary action by the bar or courts of any jurisdiction in which I am licensed or in which I have been admitted.

5. I have not been denied admission to any state or any federal court.

6. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.

7. I have never received any reprimand from any court, department, bureau, or commission of any State or the United States pertaining to conduct or fitness as a member of the bar.

8. I hereby consent to be subject to the jurisdiction and rules of the Ohio Supreme Court governing professional conduct, as well as all rules issued by the United States District Court for the Northern District of Ohio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed: August __10__, 2016

_____
William H. Narwold

State of Connecticut )
) ss: Hartford
County of Hartford )

Subscribed and sworn to (or affirmed) before me on this 10th day of August, 2016, by William H. Narwold, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Alice H Janelle*

Notary Public, Connecticut

Commission expires: _____

ALICE H. JANELLE
NOTARY PUBLIC
My Commission Expires July 31, 2019