**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HCP, INC., et al., <br><br> Defendants. | Civ. No. 3:16-cv-01106 <br><br> Judge Jeffrey J. Helmick <br><br> <u>CLASS ACTION</u> <br><br> **MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH F. RICE** |

> Motion granted.
> So Ordered.
>
> s/ Jeffrey J. Helmick
> United States District Judge

MOTION OF PROPOSED LEAD PLAINTIFF SOCIÉTÉ GÉNÉRALE SECURITIES SERVICES GMBH FOR ADMISSION OF JOSEPH F. RICE *PRO HAC VICE*

Pursuant to Local Rule 83.5(h), proposed lead plaintiff Société Générale Securities Services GmbH ("SGSS"), hereby moves this Court for an order admitting Joseph F. Rice *pro hac vice* to assist in the representation of proposed lead plaintiff SSGS in this litigation. Mr. Rice is a member of the law firm Motley Rice LLC. His address, telephone and facsimile numbers, and e-mail address are as follows:

> Joseph F. Rice
> Motley Rice LLC
> 28 Bridgeside Blvd.
> Mt. Pleasant, SC 29464
> Telephone: 843-216-9000
> Fax: 843-216-9450
> Email: jrice@motleyrice.com

He is admitted to practice before, and is in good standing with, the District of Columbia and has been since May 13, 2011. His District of Columbia registration number is 1000682. He is also admitted to practice before, and is in good standing with, the State of South Carolina since November 8, 1979. His South Carolina registration number is 4710. His inclusion in this litigation is essential to proposed lead plaintiff SGSS's full representation and will facilitate the handling and trial of this matter.

Mr. Rice is a member in good standing in the United States Supreme Court, the United States Court of Appeals for the Second, Third, Fourth and Fifth Circuits, the United States District Court of the District of Nebraska and the United States District Court of the District of South Carolina.

Dated: August 12, 2016   Respectfully submitted,

LANDSKRONER GRIECO MERRIMAN LLC

s/Jack Landskroner
JACK LANDSKRONER (0059227)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
jack@lgmlegal.com

Local Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
TRICIA L. McCORMICK
NATHAN R. LINDELL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MOTLEY RICE LLC
GREGG S. LEVIN
JAMES M. HUGHES
CHRISTOPHER F. MORIARTY
MEREDITH B. MILLER
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

[Proposed] Lead Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2016, a copy of the foregoing *Motion of Proposed Lead Plaintiff Société Générale Securities Services GmbH for Admission of Joseph F. Rice Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jack Landskroner
Jack Landskroner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HCP, INC.; HCR MANORCARE, INC.; LAURALEE MARTIN; TIMOTHY SCHOEN; PAUL A. ORMOND; and STEVEN M. CAVANAUGH,<br><br>Defendants. | Civ. No. 3:16-cv-01106<br><br>CLASS ACTION<br><br>Judge Jeffrey J. Helmick |

AFFIDAVIT OF JOSEPH F. RICE FOR
ADMISSION AS COUNSEL *PRO HAC VICE*

Comes now, Joseph R. Rice after being duly sworn, states as follows:

1. I am an attorney who has been licensed to practice in the District of Columbia since May 13, 2011, and the State of South Carolina since November 8, 1979.

2. I am a member of the firm of Motley Rice LLC, 28 Bridgeside Blvd, Mt. Pleasant, SC, 29464, Telephone 843-216-9000, Fax 843-216-9450, e-mail jrice@motleyrice.com.

3. I am a member in good standing of the bars of the State of South Carolina (registration number 4710, admitted November 8, 1979), and the District of Columbia (registration number 1000682, admitted May 13, 2011) and I am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Second, Third, Fourth and Fifth Circuits, the United States District Court for the District of Nebraska and the United States District Court for the District of South Carolina.

4. I have not been the subject of any disciplinary action by the bar or courts of any jurisdiction in which I am licensed or in which I have been admitted.

5. I have not been denied admission to any state or any federal court.

6. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.

7. I have never received any reprimand from any court, department, bureau, or commission of any State or the United States pertaining to conduct or fitness as a member of the bar.

8. I hereby consent to be subject to the jurisdiction and rules of the Ohio Supreme Court governing professional conduct, as well as all rules issued by the United States District Court for the Northern District of Ohio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed: August 11, 2016

_____
Joseph F. Rice

State of South Carolina    )
                           ) ss:
County of Charleston       )

Subscribed and sworn to (or affirmed) before me on this 11th day of August, 2016, by Joseph F. Rice, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public, State of South Carolina
Commission expires: 12/05/2018