# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND on behalf of itself and all others similarly situated,<br><br>                      Plaintiff,<br><br>- v. -<br><br>HCP, INC.; HCR MANORCARE, INC.; LAURALEE MARTIN; TIMOTHY SCHOEN; PAUL A. ORMOND; and STEVEN M. CAVANAUGH,<br><br>                      Defendants. | Case No. 3:16-CV-01106<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

      Defendants HCR ManorCare, Inc., Paul A. Ormond, and Steven M. Cavanaugh hereby move to withdraw Daniel R. Warren and Elliot D. Morrison as their counsel in this matter.  The other appearing Baker & Hostetler LLP attorneys will continue to represent Defendants HCR ManorCare, Inc., Ormond, and Cavanaugh.

                                        BAKER & HOSTETLER LLP

                                        s/ Elliot D. Morrison
                                       Elliot D. Morrison (0091740)
                                       Key Tower
                                       127 Public Square, Suite 2000
                                       Cleveland, OH  44114-1214
                                       Phone:  (216) 621-0200
                                       Fax:  (216) 696-0740
                                       emorrison@bakerlaw.com

                                       *Attorney for HCR ManorCare, Inc., Paul A.*
                                       *Ormond, and Steven M. Cavanaugh*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, the within document was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

                     s/ Elliot D. Morrison
                     Elliot D. Morrison

*One of the Attorneys for HCR ManorCare, Inc., Paul A. Ormond, and Steven M. Cavanaugh*