UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>- v. -<br><br>HCP, INC.; HCR MANORCARE, INC.; LAURALEE MARTIN; TIMOTHY SCHOEN; PAUL A. ORMOND; and STEVEN M. CAVANAUGH,<br><br>        Defendants. | Case No. 3:16-CV-01106<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

     Defendants HCR ManorCare, Inc., Paul A. Ormond, and Steven M. Cavanaugh hereby move to withdraw Daniel R. Warren and Elliot D. Morrison as their counsel in this matter. The other appearing Baker & Hostetler LLP attorneys will continue to represent Defendants HCR ManorCare, Inc., Ormond, and Cavanaugh.

                              BAKER & HOSTETLER LLP

                               s/ Elliot D. Morrison
                              Elliot D. Morrison (0091740)
                              Key Tower
                              127 Public Square, Suite 2000
                              Cleveland, OH  44114-1214
                              Phone:  (216) 621-0200
                              Fax:  (216) 696-0740
                              emorrison@bakerlaw.com

                              *Attorney for HCR ManorCare, Inc., Paul A. Ormond, and Steven M. Cavanaugh*

---

Motion Granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, the within document was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

        s/ Elliot D. Morrison
        Elliot D. Morrison

*One of the Attorneys for HCR ManorCare, Inc., Paul A. Ormond, and Steven M. Cavanaugh*