# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> - v. - <br><br> HCP, INC.; HCR MANORCARE, INC.; LAURALEE MARTIN; TIMOTHY SCHOEN; PAUL A. ORMOND; and STEVEN M. CAVANAUGH, <br><br> Defendants. | Case No. 3:16-CV-01106 <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that Jessie M. Gabriel enters her appearance as additional counsel for Defendants HCR ManorCare, Inc., Paul A. Ormond, and Steven M. Cavanaugh.  All notices given or required to be given in this case and papers filed shall be served upon the undersigned.

        Respectfully submitted,

     s/Jessie M. Gabriel
Jessie M. Gabriel (0081290)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111-0100
Phone: (212) 589-4200
Fax:  (212) 589-4201
jgabriel@bakerlaw.com

Thomas D. Warren (0077541)
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
Phone:  (216) 621-0200
Fax:  (216) 696-0740
twarren@bakerlaw.com

*Attorneys for HCR ManorCare, Inc., Paul A. Ormond, and Steven M. Cavanaugh*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, the within document was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

      s/ Jessie M. Gabriel
Jessie M. Gabriel (0081290)

*One of the Attorneys for HCR ManorCare, Inc., Paul A. Ormond, and Steven M. Cavanaugh*

610252879.1