UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

> Motion granted.
> So Ordered.
>
> s/ Jeffrey J. Helmick
> United States District Judge

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> HCP, INC., et al., <br><br> Defendants. | ) No. 3:16-cv-01106-JJH <br> ) <br> ) Judge Jeffrey J. Helmick <br> ) <br> ) **MOTION FOR ADMISSION *PRO HAC*** <br> ) ***VICE* OF JACK REISE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to Local Rule 83.5(h), proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System hereby moves this Court for an order admitting Jack Reise *pro hac vice* to assist in the representation of proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System in this litigation. Mr. Reise is a member of the law firm Robbins Geller Rudman & Dowd LLP. His address, telephone and facsimile numbers, and e-mail address are as follows:

> Jack Reise
> Robbins Geller Rudman & Dowd LLP
> 120 East Palmetto Park Road, Suite 500
> Boca Raton, FL 33432
> T: 561/750-3000
> F: 561/750-3364
> E: jreise@rgrdlaw.com

He is admitted to practice before, and is in good standing with, the Supreme Court of Florida and has been since September 30, 1993. His Florida Bar Registration is 58149. His inclusion in this litigation is essential to proposed lead plaintiff Société Générale Securities Services GmbH and City of Birmingham Retirement and Relief System's full representation and will facilitate the handling and trial of this matter.

Mr. Reise is a member in good standing in the Middle, Northern, and Southern Districts of Florida, the District of Colorado, the Eastern and Western Districts of Wisconsin, the First, Second, Fourth, Sixth and Eleventh Circuit Courts of Appeals, and the United States Supreme Court.

DATED: April 27, 2017

Respectfully submitted,

LANDSKRONER • GRIECO • MERRIMAN, LLC

s/ Jack Landskroner
JACK LANDSKRONER (0059227)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
jack@lgmlegal.com

Local Counsel

ROBBINS GELLER RUDMAN & DOWD LLP
JACK REISE
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
TRICIA L. McCORMICK
NATHAN R. LINDELL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MOTLEY RICE LLC
GREGG S. LEVIN
JAMES M. HUGHES
CHRISTOPHER F. MORIARTY
MEREDITH B. MILLER
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

[Proposed] Lead Counsel for Plaintiffs

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2017, a copy of the foregoing **Motion for Admission *Pro Hac Vice* of Jack Reise** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                               s/ Jack Landskroner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | No. 3:16-cv-01106-JJH |
| | ) | Judge Jeffrey J. Helmick |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | |
| HCP, INC., et al., | ) ) | |
| Defendants. | ) ) ) ) | |

AFFIDAVIT OF JACK REISE FOR
ADMISSION AS COUNSEL *PRO HAC VICE*

Comes now Jack Reise, after being duly sworn, and states as follows:

1. I am an attorney who has been licensed to practice in the Florida since 1993.

2. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, located at 120 East Palmetto Park Road, Suite 500, Boca Raton, Florida 33432. My telephone number is 561/750-3000; my facsimile number is 561/750-3364; and my email address is jreise@rgrdlaw.com.

3. I am a member in good standing of the following:

| Bar | Admitted | |
|---|---|---|
| State Bar of Florida | 09/30/93 | Bar No. 58149 |
| FL – Middle District | 01/01/99 | |
| FL – Northern District | 01/28/11 | |
| FL – Southern District | 01/01/96 | |
| District of Colorado | 06/24/15 | |
| WI – Eastern District | 03/15/06 | |
| WI – Western District | 09/29/08 | |
| U.S. Supreme Court | 10/09/07 | |
| USCA – 1st | 02/01/04 | |
| USCA – 2nd | 11/19/12 | |
| USCA – 4th | 12/01/03 | |
| USCA – 6th | 02/02/10 | |
| USCA – 11th | 04/01/97 | |

4. I have not been the subject of any disciplinary action by the bar or courts of any jurisdiction in which I am licensed or in which I have been admitted.

5. I have not been denied admission to any state or any federal court.

6. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.

7. I have never received any reprimand from any court, department, bureau, or commission of any State or the United States pertaining to conduct or fitness as a member of the bar.

8. I hereby consent to be subject to the jurisdiction and rules of the Ohio Supreme Court governing professional conduct, as well as all rules issued by the United States District Court for the Northern District of Ohio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Dated: April 26, 2017

_____
JACK REISE

SWORN and SUBSCRIBED to before me this 26th day of April, 2017.

_____
NOTARY PUBLIC

CAROL REYNOLDS
MY COMMISSION # EE 865581
EXPIRES: May 16, 2017
Bonded Thru Notary Public Underwriters