UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BOYNTON BEACH FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated, ) ) ) ) | Civ. No. 3:16-cv-01106 <br><br> <u>CLASS ACTION</u> |
| Plaintiff, ) ) | Judge Jeffrey J. Helmick |
| v. ) ) | |
| HCP, INC.; HCR MANORCARE, INC.; LAURALEE MARTIN; TIMOTHY SCHOEN; PAUL A. ORMOND; and STEVEN M. CAVANAUGH, ) ) ) ) ) | **MOTION TO WITHDRAW AS ATTORNEY** |
| Defendants. ) | |

Proposed lead plaintiff Société Générale Securities Services GmbH ("SGSS"), hereby moves to withdraw James M. Hughes and Meredith B. Miller as their counsel in this matter. The other appearing Motley Rice LLC attorneys will continue to represent SGSS in this matter.

Dated:                                Respectfully submitted,

LANDSKRONER GRIECO MERRIMAN LLC

<u>s/Jack Landskroner</u>
JACK LANDSKRONER (0059227)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
jack@lgmlegal.com

Local Counsel

MOTLEY RICE LLC
GREGG S. LEVIN
CHRISTOPHER F. MORIARTY
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)

[Proposed] Lead Counsel for Plaintiffs

## **CERTIFICATE OF GOOD SERVICE**

I hereby certify that on May 11, 2017, a copy of the foregoing *Motion to Withdraw as Attorney* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jack Landskroner_____