UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Boynton Beach Firefighters' Pension Fund, On Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

HCP, Inc., et al.,

Defendants.

Case No. 3:16-cv-1106

JUDGMENT ENTRY

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, the motion of Defendants HCP, Inc., Lauralee E. Martin, Timothy Schoen, and Darren A. Kowalske (the "HCP Defendants") to dismiss Lead Plaintiffs' Consolidated Amended Class Action Complaint, pursuant to Rule 9(b) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, (Doc. No. 93), is granted.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge