UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Boynton Beach Firefighters' Pension Fund, On Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

HCP, Inc., et al.,

Defendants.

Case No. 3:16-cv-1106

JUDGMENT ENTRY

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, the motion of Lead Plaintiffs Société Générale Securities Services GmbH and the City of Birmingham Retirement and Relief System to amend their Consolidated Amended Class Action Complaint, (Doc. No. 116), is denied.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge